IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 24-231 |
| **ABDUL A. PORTER,** : | |
| : | |
| Defendant. : | |

## MEMORANDUM AND ORDER

**Perez, J.**                                                                                                    October 29, 2025

      On April 1, 2025, Defendant Abdul Porter entered a plea of guilty to Count 1 of the Indictment, which charged him with one count of possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1). ECF No. 32. On July 30, 2025, Judge Goldberg sentenced Porter to 48 months' imprisonment and 3 years' supervised release. On July 31, 2025, Porter filed a Notice of Appeal of the Judgment. ECF No. 43. This case was reassigned to this Court on October 17, 2025. ECF No. 46. This Court then entered the Final Order of Forfeiture on October 21, 2025. ECF No. 47. Because the Judgment occurred prior to the reassignment of this case and this Court lacks intimate knowledge of the issues involved, this Court will not draft an Opinion addressing the issues on appeal.

BY THE COURT:

_/s/ MRP_

_____
Hon. Mia R. Perez